Name and address:
Michael D. Seplow, SBN 150183
Schonbrun Seplow Harris Hoffman & Zeldes, LLP
9415 Culver Boulevard, #115
Culver City, CA 90232
Tel.: 310-396-0741

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maya Lau<br><br>Plaintiff(s)<br>v.<br>County of Los Angeles, Alex Villanueva, Mark Lillienfeld, and Tim Murakami<br><br>Defendant(s). | CASE NUMBER<br>2:25-cv-4766-SPG-BFM<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Swaminathan, Anand
*Applicant's Name (Last Name, First Name & Middle Initial)*

(312) 243-5900   (312) 243-5902
*Telephone Number*   *Fax Number*

anand@loevy.com
*E-Mail Address*

of

Loevy & Loevy
311 N Aberdeen St, 3rd Fl
Chicago, IL 60607

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Plaintiff Maya Lau

*Name(s) of Party(ies) Represented*

[X] Plaintiff(s)  [ ] Defendant(s)  [ ] Other: _____

**and designating as Local Counsel**

Seplow, Michael D.
*Designee's Name (Last Name, First Name & Middle Initial)*

150183   (310) 396-0731   (310) 399-7040
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

mseplow@sshhzlaw.com
*E-Mail Address*

of

Schonbrun Seplow Harris Hoffman & Zeldes, LLP
9415 Culver Boulevard, #115
Culver City, CA 90232

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[ ] GRANTED.
[ ] DENIED:  [ ] for failure to pay the required fee.
  [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  [ ] for failure to complete Application: _____
    [ ] pursuant to L.R. 83-2.1.3.2:  [ ] Applicant resides in California;  [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel:  [ ] is not member of Bar of this Court;  [ ] does not maintain office in District.
    [ ] because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** [ ] be refunded  [ ] not be refunded.

Dated _____

U.S. District Judge/U.S. Magistrate Judge