LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
jtokoro@millerbarondess.com
STEVEN G. WILLIAMSON (State Bar No. 343842)
swilliamson@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MAYA LAU, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF LOS ANGELES; ALEX VILLANUEVA; MARK LILLIENFELD; and TIM MURAKAMI, <br><br> Defendants. | **CASE NO. 2:25-cv-04766 SPG (BFMx)** <br><br> **JOINT STIPULATION TO EXTEND DEADLINE FOR DEFENDANT COUNTY OF LOS ANGELES TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT** <br><br> [*Filed Concurrently with [Proposed] Order*] <br><br> Assigned to the Hon. Sherilyn Peace Garnett, Crtrm. 5C and Magistrate Judge Brianna Fuller Mircheff, Crtrm. 780 <br><br> Trial Date:   None Set |

744194.1

JOINT STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT

Plaintiff Maya Lau ("Plaintiff") and Defendant County of Los Angeles ("Defendant"), by and through their attorneys of record, stipulate as follows:

**WHEREAS**, Plaintiff's Complaint was filed on May 27, 2025;

**WHEREAS**, Defendant was served with the Complaint on June 12, 2025;

**WHEREAS**, on July 3, 2025, counsel for Plaintiff and Defendant conferred regarding Defendant's request for an extension, and agreed to extend the time for Defendant to respond to the Complaint until August 4, 2025;

**WHEREAS,** Defendant made the request in good faith so that it has sufficient time to analyze the facts, allegations and legal claims raised in the Complaint;

**WHEREAS,** there have been no prior requests for extensions by any party;

**THEREFORE**, it is stipulated and agreed between the parties that Defendant's response to the Complaint shall be filed on or before August 4, 2025.

**IT IS SO STIPULATED.**

DATED: July 8, 2025          Respectfully Submitted,

MILLER BARONDESS, LLP

By:    /s/ *Jason H. Tokoro*
     JASON H. TOKORO
     Attorneys for Defendant
     COUNTY OF LOS ANGELES

DATED: July 8, 2025          Respectfully Submitted,

                                      LOEVY & LOEVY

By:    /s/ *Steven Art*
       STEVEN ART
       Attorneys for Plaintiff
       MAYA LAU

## SIGNATURE ATTESTATION

The other signatories listed, and on those behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: July 8, 2025         MILLER BARONDESS, LLP

By: /s/ *Jason H. Tokoro*
       JASON H. TOKORO
       Attorneys for Defendant
       COUNTY OF LOS ANGELES

744194.1

3

JOINT STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT