**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAYA LAU, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF LOS ANGELES, et al., <br><br> Defendants. | Case No. 2:25-cv-04766-SPG-BFM <br><br> **ORDER GRANTING JOINT STIPULATION TO EXTEND THE TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS [ECF NO. 34]** |

Before the Court is the parties' Joint Stipulation to Extend the Time for Plaintiff's Response to Defendants' Motions to Dismiss (ECF No. 34 ("Stipulation")). Having considered the Stipulation, and finding good cause therefor, the Court GRANTS the Stipulation and ORDERS as follows:

1. The deadline for Plaintiff to file an opposition, if any, to Defendant County of Los Angeles' Motion to Dismiss (ECF No. 31) and Defendants Alex Villanueva, Mark Lillienfeld, and Tim Murakami's Motion to Dismiss (ECF No. 32 and, together, the "Motions") is hereby extended to August 27, 2025.

2. The deadline for Defendants to file a reply, if any, in support of the Motions is extended to September 5, 2025; and

3. The hearing on the Motions will be set for September 17, 2025 at 1:30 p.m.. The Court will notify the parties if a hearing is deemed unnecessary.

**IT IS SO ORDERED.**

Dated: August 19, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE