**Steven Art**, IL Bar: 6302319*
**Anand Swaminathan**, IL Bar: 6305088*
**Megan Pierce**, CA Bar: 314044
**Justin Hill**, IL Bar: 6342031*
steve@loevy.com
anand@loevy.com
hill@loevy.com
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
Phone: (312) 243-5900
Fax: (312) 243-5902

**Grayson Clary***
gclary@rcfp.org
REPORTERS COMMITTEE
  FOR FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, DC 20005
Phone: (202) 795-9300

*Admitted pro hac vice*

**Michael D. Seplow** (SBN 150183)
**Paul Hoffman** (SBN 71244)
mseplow@sshhzlaw.com
hoffpaul@aol.com
SCHONBRUN SEPLOW HARRIS
  HOFFMAN & ZELDES, LLP
9415 Culver Boulevard, #115
Culver City, CA 90232
Phone: (310) 396-0731

*Counsel for Plaintiff MAYA LAU*

1

JOINT STATUS REPORT

# UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYA LAU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES,<br><br>　　　　Defendant. | Case No.: 2:25-cv-04766<br><br>**JOINT STATUS REPORT** |

Plaintiff Maya Lau and Defendant County of Los Angeles (the "County"), by and through their respective attorneys, submit this Joint Status Report to apprise the Court of the status of discovery:

1. As noted in the Rule 26 Report, the parties have discussed pursuing mediation.

2. Since that report was filed, the parties have scheduled a mediation session with a Central District of California panel mediator on January 7, 2026.

3. The parties have agreed to stay discovery until they complete this mediation session.

4. The parties intend to appear before this Court at 3:00pm on November 19, 2025 for the Scheduling Conference, but out of respect for this Court's busy schedule, the parties file this Joint Status Report in case the Court would prefer to conduct the Scheduling Conference after the parties attempt mediation.

Respectfully submitted,

**MAYA LAU**

By: /s/ Justin Hill

*One of Plaintiff's Attorneys*

/s/ Justin Hill  
Steven Art*  
Anand Swaminathan*  
Megan Pierce  

/s/ Jason H. Tokoro  
Louis R. Miller (State Bar No. 54141)  
smiller@millerbarondess.com  
Jason H. Tokoro (State Bar No. 252345)

JOINT STATUS REPORT

| | |
|---|---|
| Justin Hill* | jtokoro@millerbarondess.com |
| steve@loevy.com | Steven G. Williamson (State Bar No. 343842) |
| anand@loevy.com | |
| megan@loevy.com | swilliamson@millerbarondess.com |
| hill@loevy.com | MILLER BARONDESS, LLP |
| LOEVY & LOEVY | 2121 Avenue of the Stars, Suite 2600 |
| 311 N. Aberdeen, 3rd Floor | Los Angeles, California 90067 |
| Chicago, Illinois 60607 | Telephone: (310) 552-4400 |
| Phone: (312) 243-5900 | Facsimile: (310) 552-8400 |
| Fax: (312) 243-5902 | Attorneys for Defendant |
| | COUNTY OF LOS ANGELES |

Grayson Clary*
gclary@rcfp.org
REPORTERS COMMITTEE
 FOR FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, DC 20005
Phone: (202) 795-9300

* *Admitted pro hac vice*

Michael D. Seplow (SBN 150183)
Paul Hoffman (SBN 71244)
mseplow@sshhzlaw.com
hoffpaul@aol.com
SCHONBRUN SEPLOW HARRIS
HOFFMAN & ZELDES, LLP
9415 Culver Boulevard, #115
Culver City, CA 90232
Phone: (310) 396-0731

*Counsel for Plaintiff MAYA LAU*