**Steven Art**, IL Bar: 6302319*
**Anand Swaminathan**, IL Bar: 6305088*
**Megan Pierce**, CA Bar: 314044
**Justin Hill**, IL Bar: 6342031*
steve@loevy.com
anand@loevy.com
hill@loevy.com
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
Phone: (312) 243-5900
Fax: (312) 243-5902

**Grayson Clary***
gclary@rcfp.org
REPORTERS COMMITTEE
 FOR FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, DC 20005
Phone: (202) 795-9300

*Admitted pro hac vice*

**Michael D. Seplow** (SBN 150183)
**Paul Hoffman** (SBN 71244)
mseplow@sshhzlaw.com
hoffpaul@aol.com
SCHONBRUN SEPLOW HARRIS
 HOFFMAN & ZELDES, LLP
9415 Culver Boulevard, #115
Culver City, CA 90232
Phone: (310) 396-0731

*Counsel for Plaintiff MAYA LAU*

1

STIPULATION REGARDING SELECTION OF PANEL MEDIATOR

# UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYA LAU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES,<br><br>　　　　　Defendant. | Case No.: 2:25-cv-04766<br><br>**STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |

Plaintiff Maya Lau and Defendant County of Los Angeles (the "County"), by and through their respective attorneys, submit their Stipulation Regarding Selection of Panel Mediator, attached as Exhibit 1. The parties state as follows:

1. This Court ordered the parties to submit a Stipulation Regarding Selection of Panel Mediator. *See* Dkt. 47.

2. The parties have selected Richard Copeland as their mediator.

3. The parties' mediation session is scheduled to take place on January 7, 2026.

4. The parties have agreed to split costs for the mediation session, and therefore left blank the box on the attached form discussing the mediator's pro bono status.

Respectfully submitted,

**MAYA LAU**

By: /s/ Justin Hill

*One of Plaintiff's Attorneys*

| | |
|---|---|
| Steven Art* | Louis R. Miller (State Bar No. 54141) |
| Anand Swaminathan* | smiller@millerbarondess.com |
| Megan Pierce | Jason H. Tokoro (State Bar No. 252345) |
| Justin Hill* | jtokoro@millerbarondess.com |
| steve@loevy.com | Steven G. Williamson (State Bar No. 343842) |
| anand@loevy.com | |
| megan@loevy.com | swilliamson@millerbarondess.com |
| hill@loevy.com | MILLER BARONDESS, LLP |
| LOEVY & LOEVY | 2121 Avenue of the Stars, Suite 2600 |
| 311 N. Aberdeen, 3rd Floor | Los Angeles, California 90067 |

| | |
|---|---|
| Chicago, Illinois 60607 | Telephone: (310) 552-4400 |
| Phone: (312) 243-5900 | Facsimile: (310) 552-8400 |
| Fax: (312) 243-5902 | Attorneys for Defendant |
| | COUNTY OF LOS ANGELES |

Grayson Clary*
gclary@rcfp.org
REPORTERS COMMITTEE
 FOR FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, DC 20005
Phone: (202) 795-9300

* *Admitted pro hac vice*

Michael D. Seplow (SBN 150183)
Paul Hoffman (SBN 71244)
mseplow@sshhzlaw.com
hoffpaul@aol.com
SCHONBRUN SEPLOW HARRIS
HOFFMAN & ZELDES, LLP
9415 Culver Boulevard, #115
Culver City, CA 90232
Phone: (310) 396-0731

*Counsel for Plaintiff MAYA LAU*

4

STIPULATION REGARDING SELECTION OF PANEL MEDIATOR