**Steven Art**, IL Bar: 6302319*
**Anand Swaminathan**, IL Bar: 6305088*
**Megan Pierce**, CA Bar: 314044
**Justin Hill**, IL Bar: 6342031*
steve@loevy.com
anand@loevy.com
hill@loevy.com
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
Phone: (312) 243-5900
Fax: (312) 243-5902

**Grayson Clary***
gclary@rcfp.org
REPORTERS COMMITTEE
  FOR FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, DC 20005
Phone: (202) 795-9300

*Admitted pro hac vice*

**Michael D. Seplow** (SBN 150183)
**Paul Hoffman** (SBN 71244)
mseplow@sshhzlaw.com
hoffpaul@aol.com
SCHONBRUN SEPLOW HARRIS
  HOFFMAN & ZELDES, LLP
9415 Culver Boulevard, #115
Culver City, CA 90232
Phone: (310) 396-0731

*Counsel for Plaintiff MAYA LAU*

1

# UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYA LAU,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF LOS ANGELES,<br><br>        Defendant. | Case No.: 2:25-cv-04766<br><br>**JOINT STATUS REPORT** |

1  The parties submit this Joint Status Report pursuant to the Court's Order,

2  Dkt. 47. The parties participated in a mediation session on January 7, 2026. The

3  parties did not reach a resolution.

4

5                                    Respectfully submitted,

6                                    **MAYA LAU**

7                                    By:  /s/ Justin Hill

8                                    *One of Plaintiff's Attorneys*

9

10

| | |
|---|---|
| Steven Art* | Louis R. Miller (State Bar No. 54141) |
| Anand Swaminathan* | smiller@millerbarondess.com |
| Megan Pierce | Jason H. Tokoro (State Bar No. 252345) |
| Justin Hill* | jtokoro@millerbarondess.com |
| steve@loevy.com | Steven G. Williamson (State Bar No. 343842) |
| anand@loevy.com | |
| megan@loevy.com | swilliamson@millerbarondess.com |
| hill@loevy.com | MILLER BARONDESS, LLP |
| LOEVY & LOEVY | 2121 Avenue of the Stars, Suite 2600 |
| 311 N. Aberdeen, 3rd Floor | Los Angeles, California 90067 |
| Chicago, Illinois 60607 | Telephone: (310) 552-4400 |
| Phone: (312) 243-5900 | Facsimile: (310) 552-8400 |
| Fax: (312) 243-5902 | Attorneys for Defendant COUNTY OF LOS ANGELES |
| Grayson Clary* | |
| gclary@rcfp.org | |
| REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS | |
| 1156 15th Street NW, Suite 1020 | |
| Washington, DC 20005 | |
| Phone: (202) 795-9300 | |

3

JOINT STATUS REPORT

*Admitted pro hac vice*

Michael D. Seplow (SBN 150183)
Paul Hoffman (SBN 71244)
mseplow@sshhzlaw.com
hoffpaul@aol.com
SCHONBRUN SEPLOW
HARRIS
HOFFMAN & ZELDES, LLP
9415 Culver Boulevard, #115
Culver City, CA 90232
Phone: (310) 396-0731

*Counsel for Plaintiff MAYA LAU*