LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
jtokoro@millerbarondess.com
STEVEN G. WILLIAMSON (State Bar No. 343842)
swilliamson@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MAYA LAU,<br><br>            Plaintiff,<br><br>      v.<br><br>COUNTY OF LOS ANGELES;<br>ALEX VILLANUEVA; MARK<br>LILLIENFELD; and TIM<br>MURAKAMI,<br><br>            Defendants. | **CASE NO. 2:25-cv-04766 SPG (BFMx)**<br><br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**<br><br>Assigned to the Hon. Sherilyn Peace Garnett, Crtrm. 5C and Magistrate Judge Brianna Fuller Mircheff, Crtrm. 780<br><br>Trial Date:    December 1, 2026 |

808098.3

JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Maya Lau ("Plaintiff" or "Lau") and Defendant County of Los Angeles ("Defendant" or the "County") (together, the "Parties"), by and through their respective counsel of record, do hereby stipulate and agree as follows:

**WHEREAS**, on May 27, 2025, Plaintiff filed a Complaint for Damages and other Relief against Defendant County (the "Lawsuit");

**WHEREAS**, Plaintiff filed her operative First Amended Complaint ("FAC") against Defendant County on August 4, 2025; and

**WHEREAS**, the Parties have discussed a resolution of the Lawsuit that will be presented to the County Board of Supervisors for approval.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED, THAT**:

1. The FAC and any and all claims against Defendant County are hereby dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii).

2. The dismissal by Plaintiff is subject to a Tolling Agreement between the Parties and Plaintiff reserves the right to refile this case if the proposed resolution is not approved by the County Board of Supervisors.

3. The dismissal by Plaintiff will convert to a dismissal with prejudice upon approval of the Parties' proposed resolution by the County Board of Supervisors.

**IT IS SO STIPULATED**.

DATED:  June 8, 2026                    LOEVY & LOEVY

By:  ___/ s / Steven Art___
STEVEN ART
ANAND SWAMINATHAN
MEGAN PIERCE
JUSTIN HILL
Attorneys for Plaintiff
MAYA LAU

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX (310) 552-8400

808098.3

2

JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

DATED:  June 8, 2026                MILLER BARONDESS, LLP

By: _____
JASON H. TOKORO
Attorneys for Defendant
COUNTY OF LOS ANGELES

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

808098.3

3

## SIGNATURE ATTESTATION

The other signatories listed, and on those behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  June 8, 2026                    MILLER BARONDESS, LLP

By: _____

JASON H. TOKORO
Attorneys for Defendant
COUNTY OF LOS ANGELES

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

808098.3

JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE