# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MAYA LAU,<br><br>        Plaintiff,<br><br>        v.<br><br>COUNTY OF LOS ANGELES; ALEX VILLANUEVA; MARK LILLIENFELD; and TIM MURAKAMI,<br><br>        Defendants. | **CASE NO. 2:25-cv-04766 SPG (BFMx)**<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT COUNTY OF LOS ANGELES**<br><br>[*Filed Concurrently with Joint Stipulation*]<br><br>Assigned to the Hon. Sherilyn Peace Garnett, Crtrm. 5C and Magistrate Judge Brianna Fuller Mircheff, Crtrm. 780<br><br>Trial Date:    December 1. 2026 |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

808103.2

**[PROPOSED] ORDER**

Plaintiff Maya Lau ("Plaintiff" or "Lau") and Defendant County of Los Angeles (the "County") have submitted a Joint Stipulation of Dismissal Without Prejudice of Plaintiff's claims against the County.

The Court hereby **GRANTS** the Stipulation.

**THEREFORE, IT IS ORDERED** that:

1.     The First Amended Complaint and any and all claims against Defendant County are hereby dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii).

2.     The dismissal by Plaintiff is subject to a Tolling Agreement between the Parties and Plaintiff reserves the right to refile this case if the proposed resolution is not approved by the County Board of Supervisors.

3.     The dismissal by Plaintiff will convert to a dismissal with prejudice upon approval of the Parties' proposed resolution by the County Board of Supervisors.

**IT IS SO ORDERED.**

DATED: _____, 2026

_____
Hon. Sherilyn Peace Garnett, Crtrm. 5C
Judge of the United States District Court

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

808103.2

2

ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE
AS TO DEFENDANT COUNTY OF LOS ANGELES