UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:25-cv-04766-SPG-BFM | Date | June 9, 2026 |
|---|---|---|---|
| Title | Maya Lau v. County of Los Angeles et al. | | |

| Present: The Honorable | SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE |
|---|---|

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceeding:**    **(IN CHAMBERS) ORDER RE: DISMISSAL**

The Court is in receipt of the parties' Joint Stipulation of Dismissal Without Prejudice. *See* (ECF No. 52 ("Stipulation")). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. The Court previously dismissed Alex Villaneuva, Mark Lillienfeld, and Tim Murakami as defendants, and the County of Los Angeles is the sole remaining defendant in this action. *See* (ECF No. 40). The Stipulation is therefore sufficient to close the case. (JS-6). All pending dates are vacated and taken off calendar.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer    pg